UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| SANDRA CRENSHAW, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:17-CV-2979-G (BK) |
| MIKE DOERINGSFELD, ET AL., | ) ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge and **DENIES** plaintiff's motion for a temporary restraining order and preliminary injunction on civil rights complaint under 1983.

**SO ORDERED**.

November 20, 2017.

_____
**A. JOE FISH
Senior United States District Judge**